UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:  
MALCOLM JOSEPH MOORE,  
    Plaintiff.

No. C-11-5547 EMC (pr)

**ORDER OF DISMISSAL**

This action was opened on November 17, 2011, when the Court received from Malcolm Joseph Moore a letter in which he complained about prison conditions. On that date, the Court notified Mr. Moore in writing that his action was deficient in that he had not attached a complaint or petition, and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint or petition within thirty days. Mr. Moore has failed to provide the Court with either a complaint or petition and the deadline to do so has passed. He also did not file an *in forma pauperis* application. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file. No filing fee is due.

IT IS SO ORDERED.

Dated: March 23, 2012

EDWARD M. CHEN  
United States District Judge